IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

AMY JO FILLMORE,                )
                                )
    Plaintiff,                  )
                                )   Case No. 7:13-CV-131 (HL)
v.                              )
                                )
CAROLYN W. COLVIN,              )
Acting Commissioner of Social Security, )
                                )
    Defendant.                  )

## O R D E R

Pursuant to the power of this court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with Plaintiff's consent, this Court remands this action for further action. Upon remand, the Administrative Law shall: re-assess plaintiff's residual functional capacity, specifically identifying any limitations in concentration, persistence, and pace, and consider the limitations assessed by Dr. Karl Willers; and obtain supplemental vocational expert testimony.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further action. See Shalala v. Schafer, 506 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED  this  16th  day of  January , 2014.

                                                  s/ Hugh Lawson
                                                  HUGH LAWSON
                                                  United States District Judge