IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AMY JO FILLMORE,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>**Commissioner of Social Security,**<br><br>       Defendant. | Civil Action No. 7:13-CV-131 (HL) |

**ORDER**

Before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (Doc. 13). Plaintiff's motion is granted, and she is awarded attorney's fees in the amount of $949.15. Because this Court has exercised its power under sentence four of 42 U.S.C. § 405(g) and remanded this action for further review by the Commissioner of Social Security, Plaintiff qualifies as a prevailing party and is entitled to attorney's fees under the Equal Access to Justice Act ("EAJA"). Shalala v. Schafer, 506 U.S. 292, 300-01, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993). Any debt Plaintiff owes to the federal government must be subtracted from the award of attorney's fees, and Plaintiff's counsel is ordered to reimburse Plaintiff the lesser amount between this EAJA award and the fees he might collect in the future from any benefits awarded by the Commissioner.

**SO ORDERED**, this 9th day of April, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

scr